In the Matter of the Claim of JAMES CASMEY against GEORGE PARKS' SONS CO., INCORPORATED, et al., Respondents.

LAVINIA P. CASMEY, as Administratrix of the Estate of JAMES CASMEY, Deceased, Appellant.

*Workmen's Compensation Law — when award to workman for injury terminates upon his death from causes not connected therewith.*

Casmey v. Parks' Sons Co., Inc., 189 App. Div. 881, affirmed.
(Argued October 1, 1920; decided October 19, 1920.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered September 10, 1919, which affirmed a decision of the state industrial commission terminating an award made under the Workmen's Compensation Law. On October 4, 1917, the state industrial commission made an award to James Casmey for injuries received while in the employ of respondent George Parks' Sons, of 177 weeks' disability at the rate of $15 per week, the same to be paid in the sum of $30 every two weeks, beginning on October 4, 1917; in addition to which there was to be paid at once the sum of $120 for the period from July 19, 1917, to October 4, 1917. Such compensation, at the rate required, was paid to October 27, 1917, when Casmey died as a result of natural causes entirely apart from the injuries for which the award was made. After Casmey's death, further hearings were held on December 6 and 20, 1918, on the application of the administratrix of his estate to require the employer and the insurance carrier to pay the balance of the award. The state industrial commission, by a decision dated January 24, 1919, held that the award terminated on the death of Casmey on October 27, 1917, upon authority of *Wozneak* v. *Buffalo Gas Co.* (175 App. Div. 268).

*Ford White* for appellant.

*Charles D. Newton,* Attorney-General (*E. C. Aiken* of counsel), for state industrial commission.

*Walter C. Lindsay* for respondents.

Order affirmed, with costs against state industrial commission; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, CRANE and ELKUS, JJ.